PD
15coock

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| DELMAS PIERRE EDWARDS JR., ) | |
| *Plaintiff,* ) | Case:2:23-cv-11706 |
| ) | Judge: Goldsmith, Mark A. |
| ) | MJ: Stafford, Elizabeth A. |
| v. ) | Filed: 07-17-2023 At 03:02 PM |
| ) | EDWARDS V. GENISYS CREDIT UNION (DJ |
| GENISYS CREDIT UNION; ) | ) |
| *Defendant.* ) | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

NOW COMES Delmas Pierre Edwards Jr., Plaintiff, and files this Complaint against Genisys

Credit Union, Defendant, and for cause would show this Honorable Court as follows:

## A. PARTIES

1. Plaintiff Delmas Pierre Edwards Jr. address c/o 22725 Greater Mack Ave, Ste 301B, Saint Clair Shores, Michigan near [48080].

2. Defendant Genisys Credit Union offers financial services to residents of the State of Michigan.

## B. JURISDICTION AND VENUE

3. Jurisdiction exists in this Court pursuant to 28 U.S. Code § 1331 because this case is about a violation of the Equal Protection Clause of the Fourteenth Amendment of the Constitution. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331"

4. The venue is proper because the events and cause of action described herein took place within the Eastern District of Michigan.

POOR QUALITY ORIGINAL

1

## C. <u>STATEMENT OF FACTS</u>

5. On June 27th. 2023, the Plaintiff, a black adult male, attempted to open a business trust account at a Credit Union using his valid identifying documents.

6. The Manager of the Credit Union made a false police report alleging that the Plaintiff's identifying documents did not match his appearance.

7. Subsequently, Officer Bennett contacted Plaintiff's wife, inquiring about Plaintiff's whereabouts, and claimed that Plaintiff, a black adult male, was accused of attempting to fraudulently open a bank account while driving his spouse's car.

8. Plaintiff, a black adult male, personally communicated with Officer Bennett, providing a detailed explanation of the events in question. Officer Bennett documented the Plaintiff's statement in his report and advised the Plaintiff to retrieve the report later.

9. The Plaintiff, a black adult male, possesses a copy of the police report filed by the Manager of the Credit Union, which is attached herewith as evidence.

10. Significantly, on the same day as the aforementioned incident, the Plaintiff, a black adult male, successfully opened a trust account at Citizens Bank using the very same identifying documents without encountering any issues or accusations of fraud.

11. The Plaintiff, a black adult male, has been experiencing significant distress and anxiety as a result of being falsely accused of fraudulent activity. These emotional repercussions have led the Plaintiff to seek therapy and have adversely affected his ability to rest and maintain mental well-being.

12. The Plaintiff, a black adult male, continues to be haunted by the traumatic experiences associated with this false accusation, replaying the phone call with Officer Bennett and

the visit to the police station in his mind. The Plaintiff imagines the potential consequences they, as a black adult male, could have faced, such as incarceration or physical harm, which further exacerbates his distress and anxiety.

### D.  CAUSE OF ACTION: Racial Profiling

13. This cause of action seeks to address the egregious act of racial profiling committed against the Plaintiff, a black adult male, by the Manager of the Credit Union and potentially the Credit Union itself. The Plaintiff asserts that the Defendants' actions not only violated his civil rights but also caused significant harm to his well-being, reputation, and sense of security.

14. Racial profiling occurs when law enforcement, private individuals, or entities target individuals solely based on their racial or ethnic background, subjecting them to unfair treatment, suspicion, or harassment.

15. In this case, the Plaintiff, a black adult male, was subjected to racial profiling by the Manager of the Credit Union. The Manager falsely alleged that the Plaintiff's identifying documents did not match his appearance, leading to a cascade of events that not only harmed the Plaintiff's reputation but also caused significant emotional distress.

16. The Civil Rights Act of 1964 is a landmark federal law that prohibits discrimination based on race, color, religion, sex, or national origin. Section 1981 of the Act protects explicitly individuals against racial discrimination in making and enforcing contracts. In this case, Plaintiff's attempt to open a business trust account at the Credit Union constituted a contractual relationship, which should have been free from racial bias.

3

17. The false accusations made by the Manager of the Credit Union, coupled with the subsequent actions, suggest that the Plaintiff was singled out solely because he is a black adult male.

18. In this case, the Plaintiff's valid identifying documents should have been sufficient to establish his identity and proceed with the process of opening a business trust account.

19. However, the Manager's false report and subsequent actions by Officer Bennett indicate a lack of reasonable suspicion or probable cause.

20. The Court explained that a claim for racial profiling is not based on the Fourth Amendment, but rather is analyzed under the Equal Protection Clause. The Court provided Plaintiff with the legal standard for alleging an equal protection violation. As the Court explained previously, to state a section 1983 claim for violation of the Equal Protection Clause, a plaintiff must show that he was treated in a manner inconsistent with others similarly situated, and the defendants acted with an intent or purpose to discriminate against the plaintiff based upon membership in a protected class. **Thornton v. City of St. Helens, 425 F.3d 1158, 1166-67 (9th Cir. 2005).** *Fisher v. Fresno Police Dep't,* **1:11cv01580 LJO DLB, at \*2-3 (E.D. Cal. Mar. 20, 2012)**

21. Racial discrimination claims are properly brought under the Equal Protection Clause of the Fourteenth Amendment, not the Fourth Amendment. The Equal Protection Clause of the Fourteenth Amendment prohibits states from "denying to any person within its jurisdiction the equal protection of the laws." U.S. Const. amend. XIV, § 1. It guarantees fairness and equality in the treatment of individuals by government officials. *See Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.,* **429 U.S. 252, 264-66, 97 S.Ct. 555, 50 L.Ed.2d 450 (1977);** *Washington v. Davis,* **426 U.S. 229, 239-42, 96 S.Ct. 2040, 48**

4

**L.Ed.2d 597 (1976).** Selective enforcement of law or regulations motivated by an individual's race may give rise to a violation of the Fourteenth Amendment. *See **Whren v. United States**, 517 U.S. 806, 813, 116 S.Ct. 1769, 135 L.Ed.2d 89 (1996); **Bradley v. United States**, 299 F.3d 197, 205 (3d Cir. 2002). **Fitzgerald v. Martin**, CIVIL ACTION No. 16-3377, at *25 (E.D. Pa. Aug. 3, 2017).*

22. In the light of the aforementioned case laws, Plaintiff has the burden of proof to prove that the defendant acted with an intent or purpose to discriminate against the plaintiff based upon membership in a protected class. Plaintiff belongs to a protected class, Plaintiff is black American. Defendants without any probable cause alleged that Plaintiff is committing identity theft and filed the Police Report. The defendants with malafide intention just to discriminate against Plaintiff filed the Complaint because Defendants assumed that because Plaintiff is a black American so definitely he is committing a crime. Defendants have no admissible evidence that Plaintiff is committing the identity theft but still Defendants filed the police complaint. Later the Police dismissed the Complaint because Plaintiff did not commit any criminal or civil action. Here it should also be considered that Plaintiff successfully opened a trust account at Citizens Bank using the very same identifying documents without encountering any issues or accusations of fraud. So this establishes the malafide and discriminatory intention of the defendants.

23. Plaintiff seeks compensatory damages for the harm suffered as a result of the racial profiling, including emotional distress, reputational damage, and any other measurable losses.

## E. **PRAYER FOR RELIEF**

REASONS WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests this Honorable Court to GRANT him the following reliefs:

a. GRANT judgment in favor of the Plaintiff;

b. AWARD the Plaintiff damages for racial profiling in the sum of $10,000,000.

c. AWARD the Plaintiff punitive damages of $5,000,000.

d. AWARD the Plaintiff such equitable relief as this Court deems fair under the circumstances; and

e. AWARD the Plaintiff such further relief as this Court deems proper.

Dated this 17th day of July 2023.

Respectfully Submitted,

/s/Delmas P Edwards
Delmas P. Edwards
The plaintiff in *pro per*

EXHIBIT A

# SHELBY TWP PD
52530 VAN DYKE AVENUE
SHELBY TWP MI 48316
5867312121



## Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| 230023221 | 2699 - Fraud (Other) [26001] |
| **Report Date/Time** | **Occurrence Date/Time** |
| 06/27/2023 10:52 | 06/27/2023 10:52 |
| **Location** | **Call Source** |
| 13630 21 MILE RD | PHONE |
| **Dispatched Offense** | **Verified Offense** |
| 2699 Fraud (Other) | 2699 Fraud (Other) |
| **OIC** | **OIC Contact Number** |
| BENNETT, CHRIS (STBENNETTCH-50083) | |
| **County** | **City/Twp/Village** |
| 50 - Macomb | 11 - Shelby Twp |
| **Division** | **Victim** |
| Patrol | GENISYS CREDIT UNION (41615443) |

### Action Requested:

[ ] Arrest warrant                     [ ] Review only

[ ] Search warrant                     [ ] Forfeiture

[ ] Juvenile petition                  [ ] Other

Created On 07/03/2023 01:01 PM

EXHIBIT B



We the People

Of the United States,

udice UCC 1-308

## Offenses:

### 2699 - Fraud (Other)   [STSTOJANOVSKID (50056)]

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 26A - False Pretenses/Swindle/Confidence Game / A | 26001 - FRAUD -FALSE PRETENSE/SWINDLE/CONFIDENCE GAME | |

| Crime Against | Location Type | Offense Completed |
|---|---|---|
| PR | 02 - Bank/Savings and Loan | Attempted |

| Domestic Violence | Hate/Bias | |
|---|---|---|
| No | 00 - None (No Bias) | |

| Using | Cargo Theft |
|---|---|
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No | No |

## People:

### SUSPECT, UNKNOWN   (S-SUSPECT)   [STSTOJANOVSKID (50056)]

| Last Name | First Name | | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| SUSPECT | UNKNOWN | | | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | U | UNKNOWN | UNKNOWN | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| | | | UNKNOWN | |

### (V-VICTIM)   [STSTOJANOVSKID (50056)]

| Victim Type | Victim of |
|---|---|
| F - Financial Institution | 2699 - Fraud (Other) |

| PE: | W.Type: | Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| | | GENISYS CREDIT UNION | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 13630 21 MILE RD | | MACOMB | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| Shelby Twp | MI | 48316 | | |

#### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 5863274270 |

Victim Injury

### EDWARDS, SADE CHERISE (O-OTHER) (I-PERSON INTERVIEW)   [STBENNETTCH (50083)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | EDWARDS | SADE | CHERISE | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | ▊9 | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| ▊ | F | BLACK/AFRICAN AMERICAN | | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| | | | 5' 4" | 185 | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| | | | | | |

Created On 07/03/2023 01:01 PM

| 15636 JULIANA AVE | | | | | |
|---|---|---|---|---|---|
| City | State | Zip | Cell Phone | Email | |
| EASTPOINTE | MI | 48021-2936 | | | |

## BAZERGHI, MANAGER   (O-OTHER) (R-REPORTED BY)   [STSTOJANOVSKID (50056)]

| PE: | W.Type: | Last Name BAZERGHI | First Name MANAGER | | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|
| DOB (Age) | | Sex F | Race WHITE | Ethnicity Unknown | Birth City & State | Birth Country | Country of Citizenship |

| Street Address 13630 21 MILE RD | | Apt # | County MACOMB | Country USA | Home Phone UNKNOWN | Work Phone |
|---|---|---|---|---|---|---|
| City Shelby Twp | State MI | Zip 48316 | Cell Phone 5863274270 | Email | | |

## EDWARDS JR, DELMAS PIERRE (O-OTHER) (X-MISCELLANEOUS)   [STSTOJANOVSKID (50056)]

| PE: | W.Type: | Last Name EDWARDS JR | First Name DELMAS | Middle Name PIERRE | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|

| Aliases | | Driver License# | DL State MI | DL Country USA | Personal ID# |
|---|---|---|---|---|---|

| DOB (Age) (36) | Sex M | Race BLACK/AFRICAN AMERICAN | Ethnicity Unknown | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|

| Complexion | Build | Teeth | Height 5' 11" | Weight 170 | Attire |
|---|---|---|---|---|---|

| Street Address | Apt # | County OAKLAND | Country USA | Home Phone | Work Phone |
|---|---|---|---|---|---|
| City ROCHESTER HILLS | State MI | Zip 48307-5705 | Cell Phone UNKNOWN | Email | |

## Property:

### 2599 - Identification Documents (passports, visas, driver's licenses, social security cards, etc) 5465

| Property Class 65 | IBR Type 65 - Identity Documents | UCR Type K - Miscellaneous | | |
|---|---|---|---|---|
| Status I - Information Only | | | Count 3 | Value 1 |
| Description SOCILA SECURITY CARD, DRIVERS LICENSE, PASSPORT | | Disposition | Evidence Tag | |
| Recovered Date/Time | Location | Owner [O41615469] EDWARDS JR, DELMAS PIERRE | | |

### 3501 - Automobile/Car/Vehicle (not Stolen Or Recovered) 5403   [STBENNETTCH (50063)]

| Property Class 03 | IBR Type 03 - Automobiles | UCR Type V - Other Vehicle (not Stolen or Recovered) | | |
|---|---|---|---|---|
| Status I - Information Only | | | Count 1 | Value 1000 |
| Manufacturer FORD | Model ESCAPE | Serial No. | License No. | Color |
| Vehicle Year 2018 | Body Style | | State MI | License Year |
| Description 18 Ford Escape | | Disposition | Evidence Tag | |
| Recovered Date/Time | Location | Owner | | |

Created On 07/03/2023 01:01 PM

| | | [O41621509] EDWARDS, SADE CHERISE |
|---|---|---|

| Narrative: |
|---|
| CR No: 230023221-001    Written By: STSTOJANOVSKID (50056)    Date: 06/27/2023 12:00 PM |

Writer: Ofc. Stojanovski #146

Location: 13630 21 Mile Rd (Genisys Credit Union)

Incident: Attempt Fraud

Suspect: Unknown

INFORMATION:

On 06/27/2023, at approximately 1052 hours, I was dispatched to Genisys Credit Union for a subject attempting to use another person info to open up an account. The suspect left prior to my arrival and went SB on Schoenherr Rd from 21 Mile Rd. Dispatched advised the vehicle was a 2018 Ford Escape (MI/████████) and was driven by a male. I attempt to run the address for any males returning there but the address only showed females.

Upon arrival, I made contact with the brand manager Bazerghi, who stated a black male came into the store and attempted to open up a business bank account. Bazerghi stated the male provided a driver's license, social security card and a passport. Bazarghi stated the suspect did not look like the driver license picture that was provided. Bazarghi advised me a BOL was sent out from the Clinton Township Genisys advising other banks of this suspect and his attempts to open up accounts approximately one hour prior to his attempt at the Shelby location. The suspect left the location after being told the accounts were all on freeze for an unknown matter. The suspect was advised he could unlock the accounts on his mobile bank app. but left after being unsuccessful.

Bazarghi stated the suspect was confident and did not seem nervous while in the bank. But the suspect became agitated when asked to see his driver's license. The suspect provided the information of a subject named Delmas Pierre Edwards Jr. out of Rochester Hills Michigan. I attempted to contact Delmas at ████████████ but the phone number was no longer valid.

Bazarghi was able to provide of pictures of the suspect walking into the doors of the credit union from both the Shelby and Clinton Township location. All information provided to me will be attached to this report.

STATUS:

TOT DB for further investigation.

| CR No: 230023221-002    Written By: STBENNETTCH (50083)    Date: 06/28/2023 08:15 AM |
|---|

On 06/28/2023, this case was assigned to me (Detective Bennett).

After reviewing the report, I located the proper license plate driven by the suspect (MI ███████).
████████████████████████████
out of Eastpointe.

████████████████████████ I made phone contact with her and briefed her on the situation.  Sade advised that Delmas Edwards is her ex-husband.  I asked Sade if Delmas would open a business account and if he owned his own business.  Sade advised that they do not have contact anymore so she is unsure.  Sade provided me with ███ ████ as Delmas' phone number.

I attempted to contact Delmas at that number but the call went straight to a busy signal.

Later, Delmas called me from another phone number.  I explained to Delmas the report that was taken.  Delmas explained to me that it was him attempting to open up an account.

Delmas advised that he was at a location on Hall Road and attempted to open up a Business Trust Account.  The staff at that location was unaware of what type of account that was.  Delmas left that location and went to the Shelby Township location and attempted to open the same type of account.  That is when Delmas was informed that his account was frozen.

Delmas verified his ID and birthdate with me to confirm I was speaking with the proper Delmas Edwards.  Delmas was provided with the case report number so he would be able to obtain a copy for his records.

Status - Closed. No crime.

CR No: 230023221-003    Written By: STSHARGELK (11721)    ATTACHMENT ONLY REPORT - No Narrative

| Attachments: | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **Attachments included in This Report:** | | | | | |
| PHOTOS (SECURITY CAMERA) 23-23221.pdf | pdf | PHOTOS | 06/28/2023 08:25 AM | SHARGEL, KELLY | AGENCYADMIN |

23-23221



23-23221

D19

Clinton



Deluxe OrderPro - Order Confirmation    EXHIBIT C    Page 1 of 1

Branch Supplies | ClickSwitch | Branch Training | Logout

# deluxe. ORDERPRO

Order Search

## Order Confirmation

**ORDER**

| | |
|---|---|
| Order Number | 6184876903 |
| Routing Number | 241070417 |
| Account Number | XXXXXX0519 |
| Estimated Order Total | $29.25 |
| Order Date | 06/27/23 |

**ITEM # 1:**

| | |
|---|---|
| Product Description | Citizens Exclusive - Single/Wallet |
| Imprint | INGENIOUS WAYS TRUST |
| | UTD JULY 8 2022 |
| | DELMAS EDWARDS TTEE |
| | �ꞌ████████ T |
| | ████████ S, MI 48080 |
| Shipping Method | Standard Trackable Delivery (7-10 days) |
| Shipping Address | INGENIOUS WAYS TRUST |
| | ████████ UNIT 201 |
| | ████████ S, MI 48080-2048 |
| | USA |

## SHIPPING METHOD AND PACKAGE STYLE MAY VARY





**Business Orders** ship via UPS

**Personal Orders** ship in flat, tamper-resistant packaging (your order may ship via UPS)

### ✖ Citizens

Erin Linsky
NMLS ID#75373
Citizens Banker

**Hayes & 19 Mile Rd**
MIB858
15341 19 Mile Rd
Clinton Township, MI 48038

Office: 586-286-4710
Fax: 586-286-4009
Erin.Linsky@citizensbank.com

Print    Exit

Search for Another Account Record      Search for Current Account Record

Web Accessibility Policy    Privacy Policy    Security & Reliability    Terms & Conditions

All designs shown are subject to change without notice. All trademarks are the property of their respective owners.

©2023 Deluxe Enterprise Operations, Inc. All Rights Reserved | Build Version 10.0.2



## AUTHORIZATION DESIGNATION

| BUSINESS/ORGANIZATION NAME<br>ITD XPEDITE LLC | MEMBER/ACCOUNT NUMBER<br>██████6759 |
|---|---|
| LOCATION OF PRINCIPAL OFFICE<br>████████████, MI 48120-1802 | STATE OF ORGANIZATION<br>MI |

The Type of Business/Organization for the above named entity is indicated on the Business Account Card. The Authorized Person(s) certify the selection is accurate and agree to provide updates or corrections, if necessary.

The following authorization(s) is (are) attached to and is (are) a part of this document:

✓ Authorization for Share/Deposit Accounts       ✓ Authorization for Borrowing

Dated: 06/26/2023                    Dated: 06/26/2023

**Instructions:**

- If the Business/Organization is organized as a corporation, execute **Adoption by Vote of Governing Persons** OR **Adoption by Unanimous Written Consent of Governing Persons** section.

- If the Business/Organization is organized as a sole proprietorship, partnership, limited liability company or other non-corporate type of entity, execute **Adoption by Unanimous Written Consent of Governing Persons** section.

## ADOPTION BY VOTE OF GOVERNING PERSONS

The undersigned certifies that he/she is the custodian of the corporate seal (if any) and of the minutes and records of the above named Business/Organization and has been authorized and directed to certify to the Credit Union that the following attached documents are true and correct copies of resolutions and agreements duly adopted by a vote of the governing members of the Business/Organization in accordance with the law and, as applicable, the Articles of Incorporation, Operating Agreement, Bylaws or Code of Regulations, Constitution, Charter and/or rules of the Business/Organization; and that such resolutions have not been withdrawn or changed. The undersigned further certifies that all of the information provided above is true.

| Signature | Date |
|---|---|
| X | (Seal) |

Name (print):

Title:

## ADOPTION BY UNANIMOUS WRITTEN CONSENT OF GOVERNING PERSONS

The undersigned adopt on behalf of the Business/Organization the following attached resolutions and agree to all actions directed therein. The death or withdrawal of any person signed below shall not constitute a revocation of any authority granted by such resolutions until the Credit Union is notified in writing of such death and the extent of any resulting revocation. Furthermore, the undersigned certify(ies) that he/she/they constitute(s) all of the persons vested with authority to make decisions on behalf of the Business/Organization and that no person with decision-making authority has been omitted; that they are authorized to adopt resolutions by unanimous written consent; that all of the information provided above is true; that the attached are true and correct copies of resolutions adopted by this unanimous written consent; that adoption of these resolutions is in accordance with the law and, as applicable, the Articles of Incorporation or Organization, Operating Agreement Bylaws or Code of Regulations, Constitution, Charter and/or rules of the Business/Organization; and that such resolutions have not been withdrawn or changed.

| Signature | Date 06/26/2023 | Signature | Date |
|---|---|---|---|
| X *(signature)* (Seal) | | X (Seal) | |

Name (print): Delmas P Edwards Jr           Name (print):

| Signature | Date | Signature | Date |
|---|---|---|---|
| X (Seal) | | X (Seal) | |

Name (print):                                         Name (print):

| Signature | Date | Signature | Date |
|---|---|---|---|
| X (Seal) | | X (Seal) | |

Name (print):                                         Name (print):

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Delmas P. Edwards

**(b)** County of Residence of First Listed Plaintiff **MACOMB**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro' Per

## DEFENDANTS
GENISYS CREDIT UNION

County of Residence of First Listed Defendant **MACOMB**

Case: 2:23-cv-11706
Judge: Goldsmith, Mark A.
MJ: Stafford, Elizabeth A.
Filed: 07-17-2023 At 03:02 PM
EDWARDS V. GENISYS CREDIT UNION (DJ)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty **Other:** | **IMMIGRATION** ☐ 462 Naturalization Application | | Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

440

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 USC 1331

Brief description of cause:
Racial Profiling

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____     SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _____